# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Case: **1:12-cv-01518** (CKK)

| | |
|---|---|
| DAVID H. LEMPERT,<br>c/o Walter Schwartz<br>110 Crestview Place<br>Ardsley, NY 10502<br>(A U.S. citizen residing overseas, with most recent U.S. residence in the District of Columbia)<br>　　　　　　　Plaintiff,<br><br>v.<br><br>SAMANTHA POWER,<br>U.S. AMBASSADOR TO THE<br>UNITED NATIONS,<br>Washington, D.C.<br>　　　　　　　Defendant<br><br>UNITED NATIONS and<br>UNITED NATIONS<br>DEVELOPMENT PROGRAMME,<br>Washington, D.C.<br>　　　　　　　Defendant. | Notice of Appeal |

　　Notice is hereby given that David H. Lempert, plaintiff in the above named case hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in this action on May 22, 2014.

[ _signature_ ]
(electronic sign.)

David H. Lempert, Pro Se
California Bar Number 124761
E mail: superlemp@yahoo.com
Date: June 10, 2014

RECEIVED
Mail Room
JUN 17 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616064234
Cashier ID: lfizer
Transaction Date: 06/17/2014
Payer Name: DAVID HOWARD LEMPERT
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: DAVID HOWARD LEMPERT
  Amount:         $505.00
----------------------------------------
Paper Check Conversion
  Check/Money Order Num: 529
  Amt Tendered:   $505.00
----------------------------------------
Total Due:        $505.00
Total Tendered:   $505.00
Change Amt:       $0.00

12-1518

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```